```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK
        --------------------------------:

        UNITED STATES OF AMERICA,         : Case No.:24-MJ-1392

                         Plaintiff,       :

             -against-                    :

        JAMAAL WADE,                      : New York, New York

                         Defendant.       : April 25, 2024

        --------------------------------:
```

TRANSCRIPT AND STATUS CONFERENCE HEARING

BEFORE THE HONORABLE BARBARA MOSES

UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

```
For Plaintiff:       UNITED STATES ATTORNEY'S OFFICE
                     SOUTHERN DISTRICT OF NEW YORK
                     BY:  Getzel Berger, AUSA
                     26 Federal Plaza - 37th Floor
                     New York, New York 10278

For Defendant:       FEDERAL DEFENDERS OF NEW YORK INC.
                     BY:  Mark B. Gombiner, Esq.
                     52 Duane Street - 10th Floor
                     New York, New York 10007
```

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.

AMM TRANSCRIPTION SERVICE  631.334.1445

1          THE DEPUTY CLERK:  The Court now calls the

2     United States of America v. Jamaal Wade; case

3     number: 24-MAG-1392.

4          Counsel, please make your appearances for

5     the record.

6          MR. BERGER:  For the United States, Getzel

7     Berger.  Good afternoon, your Honor.

8          THE COURT:  Good afternoon, Mr. Berger.

9          MR. GOMBINER:  And Mark Gombiner, Federal

10    Defenders, for Mr. Wade.  Good afternoon, Judge.

11         THE COURT:  Good afternoon, Mr. Gombiner.

12    Good afternoon, Mr. Wade.  I am Judge Moses.

13         May I have the date and time of the

14    defendant's arrest, please.

15         MR. BERGER:  Yes, April 7, 2024, at

16    approximately 8:30 a.m. in Fort Lauderdale, Florida.

17    The defendant was presented on April 8th before

18    Magistrate Judge Patrick Hunt in the Southern

19    District of Florida, where he consented to removal.

20         THE COURT:  And he came on the airlift

21    yesterday?

22         MR. BERGER:  Correct.

23         THE COURT:  All right.

24         MR. BERGER:  And I have the orders from

25    Florida, if your Honor wants those.

1          THE COURT:  I have those.  Thank you very

2     much.

3          I understand that English is your first

4     language, but can you just confirm through the

5     record that you speak and understand English,

6     Mr. Wade?

7          THE DEFENDANT:  Yes, your Honor.

8          THE COURT:  Thank you very much.

9          The purpose of today's proceeding, which

10    may be familiar to you because I know that you were

11    presented initially in a different court -- the

12    purpose of today's proceeding is to advise you of

13    certain rights that you have, inform you of the

14    charges against you, consider whether counsel shall

15    be appointed for you here in New York, and decide

16    under what conditions, if any, you shall be released

17    pending trial.

18         I'm going to begin by explaining some of

19    your constitutional rights.

20         You have the right to remain silent.  You

21    are not required to make any statements.  Even if

22    you've already made statements to the authorities,

23    you do not need to make any further statements.  Any

24    statements that you do make can be used against you.

25         You have the right to be released either

          AMM TRANSCRIPTION SERVICE   631.334.1445

1   conditionally or unconditionally pending trial,

2   unless I determine that there are no conditions that

3   would reasonably assure your presence in court when

4   required and the safety of the community.

5          If you are a foreign national -- which I

6   don't think you are, but I need to tell everybody

7   this -- if you are a foreign national, you have the

8   right to request that a consular officer from your

9   country of origin be notified of your arrest.  In

10  some cases, a treaty or other agreement may require

11  the U.S. government to give that notice, whether you

12  request it or not.

13         You have the right to be represented by an

14  attorney during all court proceedings, including

15  this one, and during any questioning by the

16  authorities.  If you cannot afford an attorney, I

17  will appoint one today to represent you.

18         Do we have a financial affidavit?

19         Thank you.

20         My deputy has handed me a financial

21  affidavit with your name on it, Mr. Wade.  Can you

22  confirm that that's your signature at the bottom?

23         THE DEFENDANT:  Yes, your Honor.

24         THE COURT:  Thank you very much.

25         This serves as your application for the

AMM TRANSCRIPTION SERVICE  631.334.1445

1    appointment of counsel.  It is submitted under

2    penalty of perjury.  In other words, in a minute I'm

3    going to ask you to swear to it.  What that means is

4    that you can be charged with perjury if you make any

5    intentionally false statement on the form.

6            Is there anything that you would like to

7    add to or change on the form before I ask you to

8    raise your right hand?

9            THE DEFENDANT:  No, your Honor.

10           THE COURT:  Please raise your right hand.

11           Do you solemnly swear or affirm that the

12   statements made on your financial affidavit are true

13   and correct?

14           THE DEFENDANT:  Yes, your Honor.

15           THE COURT:  Thank you.  Reviewing the form

16   now.

17           Based on the information on your financial

18   affidavit, I am approving the application and

19   appointing counsel to represent you.

20           Here you go, Ms. King.

21           I have before me a copy of the complaint in

22   your case.  Let me just review the charges for you.

23   You are charged in Count One with receipt and

24   distribution of child pornography, in violation of

25   Title 18 of the United States Code, §§ 2252A (2)(B)

1    and (b)(1).  And you are charged in Count Two with

2    possession of child pornography, in violation of

3    Title 18 of the U.S. Code, §§ 2258A (a)(5)(B) and

4    (b)(2).

5            Counsel, have you received a copy of the

6    complaint and had an opportunity to review it with

7    your client?

8            MR. GOMBINER:  Yes, I have, your Honor, and

9    we waive its public reading.

10           THE COURT:  Thank you very much.

11           Because you are charged by complaint,

12    Mr. Wade, you have the right to a preliminary

13    hearing.  At the preliminary hearing, the government

14    will have the burden of establishing that there is

15    probable cause to believe that the crime for which

16    you are being charged has been committed, and that

17    you are the person who committed it.

18           If you are in custody, you have a right to

19    that hearing within 14 days.  If you are not in

20    custody, you have a right to that hearing within 21

21    days.  However, no hearing will be held if you are

22    indicted or if an information is filed against you

23    by the government before the date of the preliminary

24    hearing.  I will set a preliminary hearing date at

25    the conclusion of these proceedings.  But before

```
 1    that, let me turn to the question of bail or
 2    detention.
 3              Do I understand that the defendant is
 4    consenting to detention?
 5              MR. GOMBINER:  Yeah, we're reserving on any
 6    bail application.
 7              THE COURT:  All right.
 8              What that means, Mr. Wade, is that you will
 9    be detained at present without prejudice to your
10    right to make a bail application, should you choose
11    to do so in the future.
12              Let's see if we have anything further to do
13    today.  Preliminary hearing date.
14              MR. GOMBINER:  We're going to waive to the
15    30th day.
16              THE COURT:  The 30th day is May the 24th,
17    so I will set your preliminary hearing date at May
18    24, 2024.
19              Anything further from the government?
20              MR. BERGER:  No, Judge.  Thank you.
21              THE COURT:  From the defense?
22              MR. GOMBINER:  No, your Honor.  Thank you.
23              THE COURT:  Thank you, Counsel.
24                              0o0
25
```

```
 1

 2                    C E R T I F I C A T E

 3

 4        I, Adrienne M. Mignano, certify that the

 5    foregoing transcript of proceedings in the case of

 6    USA v. Jamaal Wade, Docket #23-MAG-1392 was

 7    prepared using digital transcription software and is

 8    a true and accurate record of the proceedings.

 9

10

11    Signature  _Adrienne M. Mignano_

12                 ADRIENNE M. MIGNANO, RPR

13

14    Date:        July 3, 2024

15

16

17

18

19

20

21

22

23

24

25
```